**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**TIMOTHY PETTWAY,**

**Plaintiff,**

**v.**

**DAKOTA LINDSEY,**

**Defendant.**

**Civil Action 2:26-cv-313**
**Judge Algenon L. Marbley**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter is before the Court on Plaintiff's Request to Identify and Reissue Court Notices and Orders (ECF No. 8). Therein, Plaintiff inquires whether he has missed any correspondence from the Court as a result of his transfer from Ross Correctional Institution to Lebanon Correctional Institution on October 1, 2026. (*Id.*)

Plaintiff's Request (ECF No. 8) is **GRANTED**. The Court confirms that there has been no activity on the docket of this case, and no mailings from the Court to Plaintiff, since Plaintiff's Amended Complaint was filed on August 30, 2026 (ECF No. 6.) The Court is in the process of screening Plaintiff's Amended Complaint under 28 U.S.C. §§ 1915, 1915A and will issue a Report and Recommendation accordingly in the near future.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE